**ORIGINAL**

# In the United States Court of Federal Claims

**FILED**

JUN 3 0 2017

U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * * * *
PATRICIA KIDD,
        Plaintiff,
        v.
UNITED STATES,
        Defendant.
* * * * * * * * * * * * * * * * *

No. 17-845
Filed: June 30, 2017

## O R D E R

The court is in receipt of pro se plaintiff's submission to the United States Court of Federal Claims on June 19, 2017. Attached to the submission is plaintiff's application to proceed in forma pauperis, which does not contain sufficient information for the court to evaluate plaintiff's application or to grant or deny plaintiff's application. On plaintiff's application, other than stating that plaintiff is not incarcerated, in response to the remaining questions plaintiff has hand-written "tbd," which the court interprets as "to be determined," and the words "tolls Retro" in response to the question concerning any individuals who depend on her for support. Given that pro se plaintiff in the above-captioned case has failed to pay the $400.00 filing fee or to submit a completed application to proceed in forma pauperis, the above-captioned case is **DISMISSED**, without prejudice.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
Judge